**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMANDA BENGOECHEA, RACHEL BERKOWITZ, SHANTEL HASH, REBEKKA LIEN, DIANA LOPEZ, SHAINTIEL POOLE, JULLY ROMERO, and JENNIFER SIMONI, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROADGET BUSINESS PTE. LTD d/b/a SHEIN, et al.,<br><br>Defendants. | Case No.: 1:25-cv-01402<br><br>District Court Judge:<br>Honorable John J. Tharp, Jr.<br><br>Magistrate Judge:<br>Honorable Daniel P. McLaughlin |

**DISCOVERY STATUS REPORT**

Plaintiffs, AMANDA BENGOECHEA, RACHEL BERKOWITZ, SHANTEL HASH, REBEKKA LIEN, DIANA LOPEZ, SHAINTIEL POOLE, JULLY ROMERO, and JENNIFER SIMONI, by her undersigned attorneys Bogdan Enica and Keith L. Gibson, pursuant to this Court's Order dated February 13, 2026 (Dkt. 81) hereby submits this Status Report, as follows:

Plaintiffs drafted and attempted service of subpoenas pursuant to Rule 45 addressed to Cydney Moreau, Anastasia Karanikolaou, and Cindy Prado, seeking the production of documents, electronically stored information, and tangible things within their possession, custody, or control, and prepared those subpoenas for service. However, Plaintiffs were unable to effectuate timely service for compliance, as certain recipients had incorrect or outdated addresses, or actively evaded service. Subsequently, Plaintiffs issued additional and renewed subpoenas directed to Cydney Moreau, Anastasia Karanikolaou, Cindy Prado, The Ace Standard, LLC, Timeline 2.0 Holdings,

Inc., and Elite Model Management Miami, LLC, to include entities serving as employers or agents associated with the defaulted defendants.

To date, no witnesses have responded to the subpoenas by producing any documents. However, Cindy Prado has obtained legal representation and, through counsel, requested an extension of time to produce responsive documents up to and including Monday, July 20, 2026.

Plaintiff anticipates depositions of all defaulted Defendants, as well as third party witnesses as needed. Plaintiffs further anticipate that the discovery period for these defaulted Defendants will extend longer than initially anticipated.

Dated: July 6, 2026

Respectfully Submitted,

s/Bogdan Enica
Bogdan Enica, Esq.
20283 State Rd. 7
Boca Raton FL 33498
Telephone: (305) 306-4989
Email: Bogdan@KeithGibsonLaw.com

Keith L. Gibson, Esq.
586 Duane Street, Suite 102
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonLaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July 2026, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

*s/Bogdan Enica, Esq.*